# UNITED STATES DISTRICT COURT
для
District of Columbia

United States of America
v.
JAMES ROE CLEARY

Defendant

)
)
)
)
)
)

Case: 1:24-mj-00312
Assigned To : Judge Zia M. Faruqui
Assign. Date : 10/02/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JAMES ROE CLEARY__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. §§ 113 (a)(4) and (5) - Assault,
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

Date: __10/02/2024__

*Issuing officer's signature*

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2024.10.02 12:57:00 -04'00'

City and state:   __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __10/2/24__ , and the person was arrested on *(date)* __10/3/24__
at *(city and state)* __Waterford, CT__

Date: __10/3/24__

*Arresting officer's signature*
SA Jeff Sexton
*Printed name and title*